# **Exhibit A**

| | |
|---|---|
| Hot Air Balloons | 13216265655@163.com |
| XueLI | 15068091107@163.com |
| QekilW | 1517671611@qq.com |
| Lulinda | 17513363859@163.com |
| Leannn | 17756138513@163.com |
| Double tigers | 2021252978@qq.com |
| Eva Photo Studio | 2580078507@qq.com |
| Nantongjialishiyeyouxiangongsi | 2677835350@qq.com |
| LRDHOQPW | 3085686553@qq.com |
| JEELUORI | 3357066937@qq.com |
| SHIYUE8 | 342138312@qq.com |
| Silk Road Household Goods | 3542279923@qq.com |
| .Fortune Finds | 3583247148@qq.com |
| Brow BeautyShop | 405124594@qq.com |
| Three dragons | 525589318@qq.com |
| zhumu234 | 535484276@qq.com |
| Rogkidha | amzzzzlfs@126.com |
| anhua06 | anhuakim@163.com |
| Qisiya | asiki-manage@hotmail.com |
| TianJinShiBangZhengShangMaoYouXiangongSi | bomv1197@outlook.com |
| Peliyo | c1666158185@163.com |
| JUMP Toy | cc2024110401@outlook.com |
| Ct Jump Toys | cc2024110402@outlook.com |
| Maybe shop | cc2024110403@outlook.com |
| Senksllstore | chen409227184@outlook.com |
| CIONDOR | ciondorservice@outlook.com |
| Dexinnie | cuilong8377@163.com |
| Linstore007 | dasongshu2024four@outlook.com |
| huarend | erhuaren@163.com |
| JINLIANGSHOPEE | estobron86@dwmyq.com |
| qxshiye | fanfanfeifei0823@163.com |
| DFF-Party | fangfuamz123@163.com |
| FLFNB Direct | flfnblove@outlook.com |
| ahope | junlong890518@163.com |
| ladys.city | ladys_city@sina.com |
| bosap | liusibo12996@163.com |
| lixing50 | lixingzhiye88@hotmail.com |
| MilkQuee | manuelaledley83@outlook.com |
| PORTS OUTLET | mishailianfangx@163.com |
| Morning | mokningtech@163.com |

| | |
|---|---|
| Lustre Leaf | mp203429360e@163.com |
| PDD Lan | mren4122369587@163.com |
| Party Special | ningbo2022@126.com |
| bestpere | operbest@163.com |
| QIANJing | qianjing1478@163.com |
| RedaMancy-US | qingfengdeyi123@163.com |
| DongJianKang | qunuqo564@hotmail.com |
| qzclan | qzchenlan@outlook.com |
| funy top toy | rzy03475521@163.com |
| Shine Party Store 01 | s13530327222@163.com |
| 102941275 | shenzhang123@outlook.com |
| ANNA SStory | shishengyuan2165@outlook.com |
| DongJunChang | shuangmf54@hotmail.com |
| Sisi-dasy | sosogoodk@hotmail.com |
| MulStore with Li | taitaimao2025@163.com |
| Chengpeng Store | teheirh5927@163.com |
| Allin Party | txmyyxgs@outlook.com |
| usps-71 | usps9551@outlook.com |
| huohuo88 | vitalityunlimited@163.com |
| Sixartty | wanhetongusa@163.com |
| chengqixingdianzishangwu | weiyilu9619@163.com |
| pleasureishere | wenchu31451367@163.com |
| BILILI | widenerkulhanek4425@outlook.com |
| YIyikeji | wxj13691972767@outlook.com |
| KINFERTE | xiangwodianzi@163.com |
| Zongmaa | xuexiaqige666@163.com |
| FAFVBING | y1154863hj@outlook.com |
| guangzhouyuesixuanqipaishiyouxiangongsi | yaoqin19700310@outlook.com |
| JXQZY | yj13216225309@126.com |
| ZengHongyuan | zhangyan112707@163.com |
| Yzming | zhangyang3yu@outlook.com |
| zhanyuanmaoyiyouxiangongsi | zhanyuanmaoyi2025@outlook.com |
| Zhengzhencheng | zhengzhenchengus@163.com |
| A3BX4IHK8H78T3 | zhoutekeji315@163.com |
| Foofotao | zqzzyt8263270@outlook.com |
| Tritala Direct | zsu456700@163.com |
| | eunice.yan@zhihenglawyer.com; libangzheng@zhihenglawyer.com |
| | dane.cloudraker@qq.com |
| | m.lee@stevens-law.com; mstevens@stevens-law.com |

| | |
|---|---|
| | adamu@au-llc.com; niu@mainleaf-law.com; lou@mainleaf-law.com; settlement@mainleaf-law.com |
| | zhouyu7006@gmail.com |
| | sundiyao@kzspp.com |
| | jeffrey.liu@usatro.com |
| | xueni@yingkelawyer.com; nixuesydney@gmail.com |
| | ljwlf0812@163.com |
| | Cherry-gzzlaw@hotmail.com |
| | wangj@lawzj.cn |
| | settlement@ip-defense.com; robertlaw@trolaw.net; leo.dong@ip-defense.com |
| | Lucy-Tro@outlook.com |
| | shelly@cheng-ip.com |
| | wnguyen@nilawfirm.com; twang@nilawfirm.com; settlements@nilawfirm.com |
| | tro@selleraegis.com |